UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL RICHARDSON, | CASE NO. C22-6003 BHS |
| Plaintiff, | ORDER |
| v. | |
| RED ROBIN INTERNATIONAL, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff Michael Richardson's Application for Substitution of Counsel, Dkt. 10.

Richardson seeks to have Robert D. Bohm substituted as his attorney of record in place of The Law Offices of Lori S. Haskell. He asserts in the motion that "substitution is sought because one of the primary practice areas of Robert D. Bohm involves injuries occurring on the premises of others, and Lori S. Haskell, the current counsel, wishes to transfer litigation of the case to Mr. Bohm. Dkt. 10 at 1. The motion includes Richardson's consent, and it is signed by Bohm, Haskell, and Richardson. *Id.* at 1–2. Defendant Red Robin International, Inc., has not responded.

ORDER - 1

"[W]here there is a change in counsel that effects a termination of one law office and the appearance of a new law office, the substitution must be effected in accordance with subsection (b)(1), which requires leave of court." Local Rules W.D. Wash. LCR 83.2(b)(2). "Leave shall be obtained by filing a motion or stipulation and proposed order for withdrawal[.]" LCR 83.2(b)(1). The motion "shall include a certification that the motion was served on the client and opposing counsel." *Id.*

Red Robin has not stipulated to Haskell's withdrawal or Bohm's substitution. Further, Richardson did not provide certification that the motion was served on opposing counsel. The motion therefore does not comply with the local rules.

Richardson is therefore **ORDERED** to provide certification that he served Red Robin with the motion by **Friday, March 3, 2023**. His Application for Substitution of Counsel, Dkt. 10, is **RENOTED** to the Court's March 3, 2023 calendar.

IT IS SO ORDERED.

Dated this 24th day of February, 2023.

BENJAMIN H. SETTLE
United States District Judge