UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL RICHARDSON, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>RED ROBIN INTERNATIONAL, INC., d/b/a RED ROBIN GOURMET BURGERS,<br><br>Defendant. | No. 3:22-cv-06003<br><br>**ORDER GRANTING STIPULATED WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter came before the Court on the Stipulation of Counsel for Order Granting Withdrawal and Substitution of Counsel. The Court considered the Stipulation and all filings herein.

Being fully advised in this matter, the Court hereby ORDERS that Jessica M. Andrade of Polsinelli PC, is withdrawn as counsel for Defendant Red Robin International, Inc., d/b/a Red Robin Gourmet Burgers and Mark Dietzler of Forsberg & Umlauf, P.S. is substituted as counsel for Defendant Red Robin International, Inc., d/b/a Red Robin Gourmet Burgers.

IT IS FURTHER ORDERED Thomas Richard Leemon of Polsinelli PC will remain as counsel for Defendant Red Robin International, Inc., d/b/a Red Robin Gourmet Burgers pursuant

ORDER GRANTING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 1 CAUSE NO. 2:22-CV-00405-LK

3422294 / 1246.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

to the Application for Leave to Appear Pro Hac Vice containing the Statement of Local counsel Mark Dietzler dated February 28, 2023 and filed with this Court.

Signed this 7th day of March, 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by

FORSBERG & UMLAUF, P.S.

*s/ Mark Dietzler*
Mark Dietzler, WSBA#20765
Email: MDietzler@FoUm.law
*Attorneys for Defendant Red Robin International, Inc.*

ORDER GRANTING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 2 CAUSE NO. 2:22-CV-00405-LK

3422294 / 1246.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing *NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL* on the following individuals in the manner indicated:

Ms. Lori S. Haskell
Law Office of Lori S. Haskell
7511 Greewood Avenue North, #314
Seattle, WA 98103
*Attorneys for Plaintiff*
(X) Via U.S. Mail
(X) Via ECF

Jessica Marie Andrade
Polsinelli PC
1000 2nd Ave
Suite 3500
Seattle, WA 98104-1086
*Attorneys for Defendant*
(X) Via U.S. Mail
(X) Via ECF

Thomas Leemon
Polsinelli PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202
*Attorneys for Defendant*
(X) Via U.S. Mail
(X) Via ECF

**SIGNED** this 3rd day of March, 2022, at Seattle, Washington.

/s/ Elizabeth K. Yeo
Elizabeth K. Yeo

---

ORDER GRANTING WITHDRAWAL AND SUBSTITUTION
OF COUNSEL – 3 CAUSE NO. 2:22-CV-00405-LK

3422294 / 1246.0001

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX