IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL RICHARDSON,<br><br>Plaintiff,<br><br>vs.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 3:22−cv−06003−BHS<br><br>**AMENDED APPLICATION FOR SUBSTITUTION OF COUNSEL AND ORDER** |

Application is hereby made pursuant to Rule 5, Federal Rules of Civil Procedure, that **Robert D. Bohm**, be substituted in as attorney of record for plaintiff **Michael Richardson** in the above-referenced matter. The **Law Offices of Lori S. Haskell** shall no longer be counsel of record. This Application bears the written consent of plaintiff **Michael Richardson**, and substitution is sought because one of the primary practice areas of **Robert D. Bohm** involves injuries occurring on the premises of others, and **Lori S. Haskell**, the current counsel, wishes to transfer litigation of the case to Mr. Bohm. The address of plaintiff is:

Michael Richardson

2257 Scandia Avenue

Enumclaw, Washington, 98022

1
2  DATED this 6th day of February,
3  2023. **LORI S. HASKELL**              **ROBERT D. BOHM, PLLC**
4  */s/ Lori S. Haskell*                  */s/ Robert D. Bohm*
5  By Lori S. Haskell                      By Robert D. Bohm
6
7
8
9                         **CONSENT**
10
11     Plaintiff **Michael Richardson** consents to the substitution of the law firm of
12  **ROBERT D. BOHM, PLLC** in place of the law firm of **LORI S. HASKELL** as attorneys for
13  plaintiff in the above-captioned matter.
14
15                                         _____
16                                         By: Michael Richardson
17
...
28

**ORDER**

IT IS HEREBY ORDERED that Robert D. Bohm of the law firm of **ROBERT D. BOHM, PLLC** may substitute in as counsel of record in place of the law firm of **THE LAW OFFICES OF LORI S. HASKELL**.

DONE IN OPEN COURT this 13th day of March, 2023.

*[signature]*

The Honorable Benjamin H. Settle
Judge of the United States District Court for
the Western District of Washington at Tacoma

Electronically filed this ___10th___ day of ___March___ 2023.

Copies of the foregoing electronically served on the same date to:

**LAW OFFICES OF SWEENEY & DIETZLER**

Mark Dietzler
1001 4th Avenue, Suite 3300
Seattle, WA 98154
eyeo@foum.law

**LAW OFFICES OF LORI HASKELL**

Lori S. Haskell
1900 W. Nickerson Street, Ste 209
Seattle, WA 98119
lori@haskellforjustice.com

**POLSINELLI PC**

Thomas R. Leemon
1400 Lawrence Street, Ste. 2300
Denver, CO 80202
tleemon@polsinelli.com

**MICHAEL RICHARDSON**

2257 Scandia Avenue
Enumclaw, WA 98022
michaerichardson@gmail.com

By: *Katie E. Mitchelldyer*